UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENARDO SIMS | * | CIVIL ACTION NO.: |
| | * | |
| VERSUS | * | SECTION: " " |
| | * | |
| PARKER DRILLING COMPANY AND | * | MAG. |
| PARKER DRILLING OFFSHORE USA, LLC | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## SEAMEN'S COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Renardo Sims, a Jones Act seaman and person of full age and majority, domiciled in the City of Sumrall, State of Mississippi, who respectfully avers as follows:

**I.**

This action is brought pursuant to Title 46 U.S.C. § Section, 688, the Jones Act, and all statutes supplemental and amendatory thereto, and pursuant to the General Maritime Laws of the United States.

**II.**

Named defendants are as follows:

1. Parker Drilling Company, a foreign corporation authorized to do and doing business in the State of Louisiana, and is liable unto Plaintiff, Renardo Sims, for claims of the nature asserted herein.

2. Parker Drilling Offshore USA, LLC, a named defendant herein, is a non-Louisiana limited company authorized to do and doing business within Louisiana at the time of the incident complained of herein, and is liable unto Plaintiff, Renardo Sims, for claims of the nature asserted herein.

### III.

Upon information and belief, on or about August 17, 2014, the plaintiff, Renardo Sims, was employed as a floorhand by defendant, Parker Drilling Company and/or Parker Drilling Offshore USA, LLC and assigned to the vessel PARKER DRILLING BARGE 77.

### IV.

On or about August 17, 2014, the vessel PARKER DRILLING BARGE 77 was owned, operated and/or controlled by defendant Parker Drilling Company and/or Parker Drilling Offshore USA, LLC.

### V.

On or about August 17, 2014, as plaintiff, Renardo Sims, was attempting to perform his assigned duties aboard the vessel PARKER DRILLING BARGE 77, he sustained serious and disabling injury to his low back while handling drill slips aboard the vessel.

### VI.

As a result of the incident, plaintiff, Renardo Sims, sustained serious, painful and permanent injury to his mind and body, including but not limited to, his low back.

## VII.

The incident and resulting injuries described above were caused by the negligence of the defendant, Parker Drilling Company and/or Parker Drilling Offshore USA, LLC in the following particulars:

a) Failing to provide plaintiff with a safe place to work;

b) Failing to properly supervise the work being performed by Plaintiff;

c) Failing to assign a sufficient number of personnel to perform the job assignment;

d) Assigning and requiring only two men to handle drill slips that needed three men to safely work the drill slips;

e) Operating the drill slips at an unsafe speed with only two men on the handles; and

f) Any and all other acts and/or omission of negligence that will be shown at the trial of this matter.

## VIII.

At all pertinent times hereto, vessel PARKER DRILLING BARGE 77 was unseaworthy in one or more of the following respects, to-wit:

a) Failing to provide plaintiff with a safe place to work;

b) Failing to properly supervise the work being performed by Plaintiff;

c) Failing to assign a sufficient number of personnel to perform the job assignment;

d) Assigning and requiring only two men to handle drill slips that needed three men top safely work the drill slips;

e) Operating the drill slips at an unsafe speed with only two men on the handles; and

f) Other unseaworthy conditions to be determined at a trial of this action.

**IX.**

In accordance with the Jones Act, the defendants are liable unto the plaintiff, Renardo Sims, for the following damages:

a) Past, present and future medical expenses;

b) Past, present and future physical pain and suffering;

c) Past, present and future mental and emotional pain and suffering;

d) Past and future loss of wages and loss of earning capacity;

e) Loss of enjoyment of life;

f) Loss of economic horizons;

g) Punitive damages for defendant's arbitrary, capricious, willful and wanton failure and/or refusal to provide plaintiff with prompt medical treatment; and

h) Any and all other damages to be shown at a trial of this action.

**X.**

Plaintiff, Renardo Sims, is entitled to maintenance and cure benefits from the above referenced defendant, Parker Drilling Company and/or Parker Drilling Offshore USA, LLC, until such time as he reaches maximum medical cure; and plaintiff is entitled to recover attorney's fees, compensatory and punitive damages in the event that the defendant, Parker Drilling Company and/or Parker Drilling Offshore USA, LLC is found to have unreasonably, arbitrarily, willfully and wantonly refused to pay or discontinued maintenance and cure benefits.

**WHEREFORE,** for the above and foregoing reasons, plaintiff, Renardo Sims, requests that the defendant, Parker Drilling Company and/or Parker Drilling Offshore USA, LLC, be served with a copy of this Seaman's Complaint and that after all legal proceedings and due delays are had, there

be judgment in favor of plaintiff, Renardo Sims, and against the defendant, Parker Drilling Company and/or Parker Drilling Offshore USA, LLC  for damages detailed herein, the reasonable sum of which is FIVE MILLION DOLLARS AND NO/100 ($5,000,000.00), plus interest from the date of the incident until paid, all costs of these proceedings, and for all other general, equitable, and maritime relief.

            Respectfully submitted,

            **UNGAR & BYRNE**

            /s/ *George W. Byrne, Jr.*
            EVETTE E. UNGAR (#29013)
            GEORGE W. BYRNE, JR. (#3744)
            CHERYL L. WILD (#28805)
            3231 N. I-10 SERVICE ROAD WEST
            METAIRIE, LA 70002
            Telephone No.: (504) 566-1616
            Facsimile No.:  (504) 566-1652
            *Counsel for Plaintiff, Renardo Sims*

**PLEASE SERVE:**

PARKER DRILLING COMPANY
Through Long Arm Statute
Corp Office
5 Greenway Plaza
Suite 100
Houston TX 77046

PARKER DRILLING OFFSHORE USA, LLC
Through their Agent for Service of Process
CORPORATION SERVICE COMPANY
320 Somerulos St.
Baton Rouge, LA 70802